UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Charles Ray Outlaw,

       Petitioner,

vs.                                         ORDER ADOPTING THE REPORT
                                                  AND RECOMMENDATION

Cook County, Illinois,

       Respondent.                     Civ. No. 14-1605 (DSD/LIB)

* * * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

1.     Charles Ray Outlaw's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, [Docket No. 1], is **DENIED**.

2.     Petitioner's application to proceed *in forma pauperis*, [Docket No. 2], is DENIED.

3.     This action is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 8, 2014

                                                                 s/David S. Doty
                                                                  DAVID S. DOTY, Judge
                                                                  United States District Court